UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAITH MONET CROSBY individually and as personal representative of her ward, LJ, a minor child,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA TURPLESMITH, individually and in her official capacity as Social Services Specialist for the Washington State Department of Social and Health Services,<br><br>Defendant. | Case No. 2:17-cv-1411-JCC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) was referred to the undersigned United States Magistrate Judge. Plaintiff's application to proceed in forma pauperis is hereby **GRANTED**. Plaintiff does not appear able to pay the civil case filing fee and may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 19th day of September, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1