THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAITH MONET CROSBY, individually and as the personal representative of her ward, and LJ, a minor child, <br><br> Plaintiffs, <br><br> v. <br><br> MELISSA TURPLESMITH, individually and in her official capacity as Social Security Specialist for the Dept. of Social and Health Services of the State of Washington, <br><br> Defendant. | CASE NO. C17-1411-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On December 14, 2017, a number of items mailed to Plaintiff by the Clerk were returned as undeliverable. (Dkt. Nos. 9–11.) Local Civil Rule ("LCR") 10(f) requires parties to notify the Court of any change of address or telephone number within 10 days of the change. LCR 41(b)(2) further provides:

> A party proceeding pro se shall keep the court and opposing parties advised as to his current address. . . . If mail directed to a pro se plaintiff by the clerk is returned by the Post Office . . . and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

MINUTE ORDER
C17-1411-JCC
PAGE - 1

Pursuant to these local rules, if Plaintiff does not update her current address by February 12, 2018, the Court may dismiss this action without prejudice for failure to prosecute.

DATED this 19th day of December 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
