THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAITH MONET CROSBY, individually and as the personal representative of her ward, and LJ, a minor child,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA TURPLESMITH, individually and in her official capacity as Social Security Specialist for the Dept. of Social and Health Services of the State of Washington,<br><br>Defendant. | CASE NO. C17-1411-JCC<br><br>ORDER |

This matter comes before the Court *sua sponte*. Plaintiff filed her complaint on September 19, 2017. On December 14, 2017, a number of mail items were returned to the Clerk of Court as undeliverable. (Dkt. Nos. 9–11.) On December 19, 2017 the Court issued an order directing Plaintiff to update her address by February 12, 2018, or face dismissal of her case for failure to prosecute, pursuant to Local Civil Rules 10(f) and 41(b)(2). (Dkt. No. 12.) Sixty days have passed since mail addressed to Plaintiff was returned to the Clerk, and Plaintiff has not updated her address with the Court. Therefore, in accordance with Local Civil Rule 41(b)(2), Plaintiff's action is DISMISSED without prejudice. The Clerk is DIRECTED to close the case.

1    DATED this 16th day of February 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE